

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61509-CIV-COHN

AMY S. JACKSON,

Magistrate Judge Seltzer

      Plaintiff,

vs.

MICHAEL J. ASTRUE, Commissioner
of Social Security,

      Defendant,
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION and FINAL ORDER GRANTING SUMMARY JUDGMENT TO DEFENDANT

THIS CAUSE is before the Court upon the Report and Recommendation [DE 16] of Magistrate Judge Barry Seltzer, entered May 16, 2008, Plaintiff's Motion for Summary Judgment [DE 12] and Defendant's Cross-Motion for Summary Judgment [DE 15]. The Court notes that the Plaintiff has not filed any objections to the Report and Recommendation, and the time for filing such objections has passed.

As no timely objections were filed, the Magistrate Judge's factual findings in the Report and Recommendation are hereby adopted and deemed incorporated into this opinion. Loconte v. Dugger, 847 F.2d 745 (11th Cir. 1988), cert. denied 488 U.S. 958 (1988); RTC v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993). As to the legal conclusions of the Magistrate Judge, the Court has reviewed the arguments of the parties, and is otherwise fully advised in the premises.

This Court agrees with the reasoning and analysis of the Magistrate Judge that the Plaintiff's Motion for Summary Judgment be denied and the Defendant's Cross-Motion should be granted. The Court agrees with the Magistrate Judge that the Administrative Law Judge relied on substantial evidence in the record to support his

conclusion that Claimant is "not disabled" because she retains the residual functional capacity to return to her past relevant work, as she had described it.  As a result, the Administrative Law Judge determined that Claimant was not entitled to Disability Insurance Benefits or Supplemental Security Income.  The Administrative Law Judge and Magistrate Judge applied the correct legal tests, and no error was committed.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation [DE 16] is hereby **ADOPTED**;

2. Plaintiff's Motion for Summary Judgment [DE 12] is hereby **DENIED**;

3. Defendant's Cross-Motion for Summary Judgment [DE 15 is hereby **GRANTED**;

4. A Final Judgment affirming the decision of the Commissioner and dismissing this action shall be entered in accordance with this Order.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 9th day of June, 2008.

JAMES I. COHN
UNITED STATES DISTRICT JUDGE

copies to:

All counsel of record on CM/ECF